UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* SCEF, LLC, LYNNE LEVIN-GUZMAN, and STANLEY JEAN, <br><br> Plaintiffs, <br><br> v. <br><br> ASTRAZENECA PLC, *et al.*, <br><br> Defendants. | Case No. C17-1328RSL <br><br> **<u>FILED UNDER SEAL</u>** <br><br> ORDER GRANTING APPLICATION FOR EXTENSION OF TIME |

  This matter comes before the Court on an "*Ex Parte* Application for an Extension of Time to Consider Election to Intervene" filed by the United States. Dkt. # 3. The government seeks an extension of the deadline for deciding whether or not to intervene in this *qui tam* action, and an extension of time during which the case will remain under seal.

  The False Claims Act, 31 U.S.C. § 3730, provides that once a *qui tam* complaint and all associated information is served on the government, the action shall remain under seal for sixty days, during which the government may elect to intervene. <u>Id.</u> § 3730(b)(2). In addition, the government, for good cause shown, may move the Court for extensions of time during which the complaint remains under seal. <u>Id.</u> § 3730(b)(3).

  The government represents that this claim requires coordination of interviews in multiple states and investigations involving numerous state and federal agencies. In addition, the

1  government represents that it has been diligently evaluating the claim in cooperation with the
2  relators, and that the relators' counsel concurs with this extension request. Based on the facts set
3  forth above, the Court finds that the government has demonstrated good cause for an extension.
4       For the foregoing reasons, the government's motion is GRANTED, and the Court hereby
5  ORDERS that the Clerk shall maintain this complaint under seal until and including May 3,
6  2018, during which time the government shall notify the Court of its decision whether or not to
7  intervene.

9       DATED this 7th day of November, 2017.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER GRANTING APPLICATION FOR EXTENSION OF TIME - 2