District Judge Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* SCEF, LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>ASTRAZENECA, INC., *et al.*,<br><br>Defendants. | CASE NO. 17-CV-1328 RSL<br><br>**FILED UNDER SEAL**<br><br>~~PROPOSED~~ ORDER |

## ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), it is hereby ORDERED that:

1. The Complaint, this Order, the United States' Notice of Declination, and all other papers on file in this action shall be unsealed;

2. Relators shall serve a copy of the Complaint, this Order, and the United States' Notice of Declination on Defendants;

3. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

~~[PROPOSED]~~ ORDER - 1
(17-cv-1328 RSL)
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    4. The parties shall serve all Notices of Appeal upon the United States;

2    5. All orders of this Court shall be sent to the United States; and

3    6. Should Relators or Defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

DATED this 24th day of Sept., 2018.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge

Presented by:

*/s/ David R. East*
DAVID R. EAST
WSBA No 31481 on behalf of
KAYLA C. STAHMAN, CABA NO. 228931
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-7970
Fax:    (206) 553-4073
Email: kayla.stahman@usdoj.gov

[PROPOSED] ORDER - 2
(17-cv-1328 RSL)
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970