District Judge Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* SCEF, LLC, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> ASTRAZENECA, INC., *et al.*, <br><br> Defendants. | CASE NO. 17-CV-1328 RSL <br><br> **FILED UNDER SEAL** <br><br> ~~PROPOSED~~ ORDER |

## ORDER

The States having declined to intervene in this action pursuant to the Washington Medicaid Fraud False Claims Act, chap. 74.66 RCW and analogous co-plaintiff States' False Claims Act, it is hereby ORDERED that:

1. This Order, the States' Notice of Declination, and all other papers on file in this action shall be unsealed;

2. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the States, as provided for in RCW 74.66.030 and analogous State FCAs. The States may order any deposition transcripts and are entitled to intervene in this action, for good cause, at any time;

[~~PROPOSED~~] ORDER - 1
(17-cv-1328 RSL)
FILED UNDER SEAL

ATTORNEY GENERAL OF
WASHINGTON
Medicaid Fraud Control Division
PO Box 40114
Olympia, WA 98504-0114
(360) 586-8888

4. The parties shall serve all Notices of Appeal upon the States;

5. All orders of this Court shall be sent to the States; and

6. Should Relators or Defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the States with notice and an opportunity to be heard before ruling or granting its approval.

7. In accordance with the Maryland False Health Claims Act, Md. Code Ann., Health Gen, § 2-604(a)(7), the State of Maryland having declined to intervene in this matter, all claims asserted on behalf of Maryland are dismissed without prejudice.

DATED this \_\_1st\_\_ day of \_\_Nov.\_\_, 2018.

_____
ROBERT S. LASNIK
United States District Judge

Presented by:

ROBERT FERGUSON
Washington Attorney General

/s/ Carrie L. Bashaw
CARRIE L. BASHAW, WSBA #20253
Senior Counsel
Washington Attorney General's Office
Medicaid Fraud Control Division
P.O. Box 40114
Olympia, WA 98504-0114
Telephone:  (360) 586-8888
Facsimile:  (360) 586-8877
Email: CarrieB@atg.wa.gov

[PROPOSED] ORDER - 2
(17-cv-1328 RSL)
FILED UNDER SEAL