The Honorable Judge Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. SCEF, LLC, et al., <br><br> Plaintiff, <br><br> vs. <br><br> ASTRAZENECA, INC., et al., <br><br> Defendants. | Case No. 2:17-CV-01328-RSL <br><br> [PROPOSED] ORDER GRANTING AGREED MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT |

Defendant, VIRTUAL MARKETING STRATEGIES, INC., d/b/a VMS BIOMARKETING ("VMS"), respectfully submitted an Agreed Motion to extend the deadline for all defendants to respond to the Complaint.

VMS' Agreed Motion is GRANTED, and the Court hereby ORDERS that the time for all defendants to respond to the Complaint is extended to forty-five (45) days after this Court's ruling on the Government's Motion to Dismiss (Doc. #15).

DATED this 16th day of January, 2019.

_____
Robert S. Lansik
United States District Judge

CERTIFICATE OF SERVICE - PAGE 1

HINSHAW & CULBERTSON LLP
151 NORTH FRANKLIN STREET
SUITE 2500
CHICAGO, IL 60606
Main: 312-704-3000
Fax: 312-704-3001
303034885V1 1015885
303034885V1 1015885