The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* by SCEF, LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>ASTRAZENECA PLC, *et al.*,<br><br>Defendants | No. 2:17-cv-01328-RSL<br><br>JOINT MOTION, STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR RULE 26(f) CONFERENCE, INITIAL DISCLOSURES, AND JOINT STATUS REPORT<br><br>NOTE ON MOTION CALENDAR: February 14, 2019 |

## JOINT MOTION AND STIPULATION

Relators SCEF LLC, Lynne Levin-Guzman and Stanley Jean, and Defendants Virtual Marketing Strategies, Inc. ("VMS"), AstraZeneca Pharmaceuticals LP, InVentiv Health Inc., Publicis Healthcare Solutions Inc. and Triplefin LLC respectfully submit this joint motion and stipulation pursuant to Local Court Rules 7(d)(1), 10(g), and 16, to extend time for the FRCP 26(f) Conference, Initial Disclosures, and Joint Status Report to 30 days after the filing of Defendants' Answers to the Complaint or, should any Defendants file motions to dismiss, 30 days after the issuance of an order on such motions, based on the following facts:

JOINT MOTION, STIPULATION AND ORDER TO EXTEND TIME FOR RULE 26(f) CONFERENCE, INITIAL DISCLOSURES, AND JOINT STATUS REPORT – Page 1
No: 2:17-cv-01328-RSL)

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1. On September 1, 2017, Plaintiffs filed their Complaint under the Federal False Claims Act and state false claims act and qui tam laws, naming as defendants AstraZeneca PLC, AstraZeneca Pharmaceuticals LP, VMS, InVentiv Health Inc., Publicis Healthcare Solutions Inc. and Triplefin LLC. (Doc. #1).

2. Defendants InVentiv Health Inc., AstraZeneca Pharmaceuticals LP, Publicis Healthcare Solutions Inc. and Triplefin LLC each waived service of summons. (Doc. #13, 17, 18 & 24). Defendant VMS was served with the Summons and Complaint on December 21, 2018. (Doc. #26).

3. On December 20, 2018, Relators were granted additional time, until April 5, 2019, to serve AstraZeneca PLC, an international defendant. (Doc. #23).

4. On December 17, 2018, the United States of America filed a Motion to Dismiss (Doc. #15), which has been re-noted to February 22, 2019. (Doc. #36).

5. Counsel for the Relators, and for defendants VMS, InVentiv Health Inc., AstraZeneca Pharmaceuticals, LP, Triplefin LLC and Publicis Healthcare Solutions then conferred regarding the deadline for responsive pleadings to the Complaint and on January 11, 2019, Defendant VMS filed an Agreed Motion requesting to extend the deadline for all defendants to respond to the Complaint. (Doc. #32). The Court granted the Agreed Motion extending the deadline for all defendants to respond to the Complaint until forty-five (45) days after the Court's ruling on the Government's Motion to Dismiss. (Doc. #33).

6. On February 6, 2019, this Court issued its Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement. The Order set the following deadlines: Fed. R. Civ. P. 26(f) Conference: February 20, 2019; Initial Disclosures: February 27, 2019; and Joint Status Report: March 6, 2019. (Doc. #35).

JOINT MOTION, STIPULATION AND ORDER TO EXTEND TIME
FOR RULE 26(f) CONFERENCE, INITIAL DISCLOSURES, AND
JOINT STATUS REPORT – Page 2
No: 2:17-cv-01328-RSL)

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

7. Given the pending motion to dismiss, and the fact that defendants have not yet filed any responsive pleadings to the Complaint, the parties believe that good cause exists to postpone the upcoming deadlines for the FRCP 26(f) Conference, Initial Disclosures, and the Joint Status Report until thirty (30) days after the filing of Defendants' Answers to the Complaint or, should any Defendants file motions to dismiss, 30 days after the issuance of an order on such motions.

8. The parties hereby stipulate and agree that the deadlines for the FRCP 26(f) Conference, Initial Disclosures, and the Joint Status Report will be postponed until 30 days after the filing of Defendants' Answers to the Complaint or, should any Defendants file motions to dismiss, 30 days after the issuance of an order on such motions.

9. The following deadlines for Initial Disclosures and submission of the Joint Status Report and Discovery Plan shall apply:

> Deadline for FRCP 26(f) Conference: <u>30 days</u> after the filing of Defendants' Answers to the Complaint or, should any Defendants file motions to dismiss, 30 days after the issuance of an order on such motions.
>
> Initial Disclosures: <u>7 days</u> after Deadline for FRCP 26(f) Conference.
>
> Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): <u>14 days</u> after Deadline for FRCP 26(f) Conference.

STIPULATED TO this 14 day of February, 2019.

| *s/ Laura R. Gerber* | *s/ Brian R. Zeeck* |
|---|---|
| Laura R. Gerber, WSBA #34981 | Brian R. Zeeck, (Admitted *Pro Hac Vice*) |
| Tana Lin, WSBA #32571 | Daniel M. Purdom, (Admitted *Pro Hac Vice*) |
| KELLER ROHRBACK L.L.P. | HINSHAW & CULBERTSON LLP |
| 1201 Third Avenue, Suite 3200 | 151 North Franklin Street, Ste. 2500 |
| Seattle, WA 98101 | Chicago, IL 60606 |
| Tel: (206)623-1900 | Tel: (312) 704-3028 |
| Email: lgerber@kellerrohrback.com | Email: bzeeck@hinshawlaw.com |
| Email: tlin@kellerrohrback.com | |

JOINT MOTION, STIPULATION AND ORDER TO EXTEND TIME
FOR RULE 26(f) CONFERENCE, INITIAL DISCLOSURES, AND
JOINT STATUS REPORT – Page 3
No: 2:17-cv-01328-RSL)

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

| | |
|---|---|
| *Attorneys for Plaintiff-Relators SCEF, LLC, Lynne Levin-Guzman and Stanley Jean* | Marc Rosenberg<br>LEE SMART P.S., INC.<br>701 Pike Street, Ste. 1800<br>One Convention Place<br>Seattle, WA 98101-3929<br>Tel: (206) 624-7990<br>Email: mr@leesmart.com |
| | *Attorneys for Defendant Virtual Marketing Strategies Inc., d/b/a VMS BioMarketing, a/k/a VMS* |

### ORDER

IT IS SO ORDERED.

DATED this **22nd** day of February, 2019.

*/s/ MS Lasnik*

HON. ROBERT S. LASNIK
United States District Judge

Presented by:

| | |
|---|---|
| Laura R. Gerber, WSBA #34981<br>Tana Lin, WSBA #32571<br>KELLER ROHRBACK L.L.P.<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>Tel: (206)623-1900<br>Email: lgerber@kellerrohrback.com<br>Email: tlin@kellerrohrback.com | Brian R. Zeeck, (Admitted *Pro Hac Vice*)<br>Daniel M. Purdom, (Admitted *Pro Hac Vice*)<br>HINSHAW & CULBERTSON LLP<br>151 North Franklin Street, Ste. 2500<br>Chicago, IL 60606<br>Tel: (312) 704-3028<br>Email: bzeeck@hinshawlaw.com |
| *Attorneys for Plaintiff-Relators SCEF, LLC, Lynne Levin-Guzman, and Stanley Jean* | Marc Rosenberg<br>LEE SMART P.S., INC.<br>701 Pike Street, Ste. 1800<br>One Convention Place<br>Seattle, WA 98101-3929<br>Tel: (206) 624-7990<br>Email: mr@leesmart.com |
| | *Attorneys for Defendant Virtual Marketing Strategies Inc., d/b/a VMS BioMarketing, a/k/a VMS* |

JOINT MOTION, STIPULATION AND ORDER TO EXTEND TIME FOR RULE 26(f) CONFERENCE, INITIAL DISCLOSURES, AND JOINT STATUS REPORT – Page 4
No: 2:17-cv-01328-RSL)

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384