The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, *et al.*
*ex rel.* SCEF, LLC, *et al.*,

                Plaintiff,

v.

ASTRAZENECA PLC, *et al.*,

                Defendants.

No. 2:17-cv-01328-RSL

**RELATORS' NOTICE OF SUPPLEMENTAL DECLARATIONS IN SUPPORT OF RELATORS' RESPONSE TO THE UNITED STATES' MOTION TO DISMISS RELATORS' COMPLAINT**

Pursuant to the Court's September 9, 2019 notification permitting the parties to supplement the record with two additional declarations, Relators respectfully submit the following in further opposition to the United States' Motion to Dismiss: (1) Supplemental Declaration of Tana Lin in Support of Relators' Response to the United States' Motion to Dismiss Relators' Complaint; and (2) Supplemental Declaration of John Mininno in Support of Relators' Response to United States' Motion to Dismiss Relators' Complaint.

RELATORS' NOTICE OF SUPPL. DECLARATIONS
(2:17-cv-01328-RSL) - 1

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel.: (206) 623-1900
Fax: (206) 623-3384

DATED this 30th day of September, 2019.

**KELLER ROHRBACK L.L.P.**

By: *s/ Tana Lin*
Tana Lin, WSBA #32571
Laura R. Gerber, WSBA #34981
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
tlin@kellerrohrback.com
lgerber@kellerrohrback.com

*Attorneys for Relators SCEF, LLC, Lynne Levin-Guzman, and Stanley Jean*

RELATORS' NOTICE OF SUPPL. DECLARATIONS
(2:17-cv-01328-RSL) - 2

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel.: (206) 623-1900
Fax: (206) 623-3384

# **CERTIFICATE OF SERVICE**

I certify on this 30th day of September 2019, the foregoing document was filed via the Court's CM/ECF filing portal which caused service on all counsel of record.

*s/ Tana Lin*
Tana Lin

RELATORS' NOTICE OF SUPPL. DECLARATIONS
(2:17-cv-01328-RSL) - 3

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel.: (206) 623-1900
Fax: (206) 623-3384