The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.* *ex rel.* SCEF, LLC, *et al.*,<br><br>                              Plaintiff,<br><br>        v.<br><br>ASTRAZENECA PLC, *et al.*,<br><br>                              Defendants. | No. 2:17-cv-01328-RSL<br><br>**SUPPLEMENTAL DECLARATION OF TANA LIN IN SUPPORT OF RELATORS' RESPONSE TO THE UNITED STATES' MOTION TO DISMISS RELATORS' COMPLAINT** |

I, Tana Lin, declare as follows:

1.      I am a Partner with the law firm Keller Rohrback L.L.P., and I am one of the attorneys personally involved in this Action. I submit this supplemental declaration in support of Relators' Response to United States' Motion to Dismiss Relators' Complaint based on personal knowledge, and I am competent to testify to the matters set forth herein.

2.      **Exhibit 1** hereto is a true and correct copy of the Amended Transcript of Motion Hearing from the hearing on the United States' Motion to Dismiss in *United States ex rel. CIMZNHCA, LLC v. UCB, Inc. et al.*, No. 17-765 (S.D. Ill. Mar. 29, 2019), Dkt. # 81, during which the United States confirmed that it had conducted a collective investigation of the eleven

SUPP. DECL. OF TANA LIN IN SUPP. OF RELATORS' RESP. TO
UNITED STATES' MOT. TO DISMISS RELATORS' COMPL.
(2:17-cv-01328-RSL) - 1

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel.: (206) 623-1900
Fax: (206) 623-3384

cases and had not conducted a cost-benefit analysis to assess what any specific case would cost the Government to litigate versus the potential recovery for that case:

Excerpt 1:

> The Court: [L]et's just see if I can – if we can cut to the chase and we can move on. The Government's investigation was more, for the most part, a collective investigation of all 11 cases that this Relator has filed. And in terms of the specific investigation that the Government conducted in this case as it relates to a cost-benefit analysis, in other words, an assessment as to what this case would cost the Government versus what the potential recovery would be in this case, there was no specific analysis done on that basis.
>
> Mr. Stump [The Government]: I think that's correct, Your Honor.

*Id.* at 39:3-13

Excerpt 2:

> The Court: Okay. Let me ask a different question: Mr. Stump, what was the Government's assessment of the costs associated with these claims moving forward?
>
> Mr. Stump: You mean, what was the number?
>
> The Court: Yeah. What did you determine –
>
> Mr. Stump: I do not have a number for you, Your Honor. I do not have a number –
>
> The Court: Did the Government come up with a number?
>
> Mr. Stump: I did not – I, personally did not come up with a number.
>
> The Court: Did you know if anybody in the Government came up with a number or a range?
>
> Mr. Stump: I do not know the answer to that question as it pertains to this specific case.

*Id.* at 34:19-35:8.

Excerpt 3:

> The Court: I'm asking you, specifically, the Government has not assessed the potential recovery value of the claims in this specific case –
>
> Mr. Stump: We didn't –

SUPP. DECL. OF TANA LIN IN SUPP. OF RELATORS' RESP. TO UNITED STATES' MOT. TO DISMISS RELATORS' COMPL. (2:17-cv-01328-RSL) - 2

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA  98101-3052
Tel.: (206) 623-1900
Fax: (206) 623-3384

The Court: -- is that correct?

Mr. Stump: We did not calculate a number.

*Id.* at 43:15-20.

3.     **Exhibit 2** hereto is a true and correct copy of the Transcript of Motion Hearing from the hearing on the United States' Motion to Dismiss in *United States ex rel. Health Choice Alliance, LLC v. Eli Lilly & Co. Inc. et al.*, No. 17-123 (E.D. Tex. Apr. 24, 2019), Dkt. # 236, during which the United States admitted Relator's organization's investigations have produced concrete results for the Government. James Gillingham, an Assistant U.S. Attorney for the Eastern District of Texas, stated: "[t]here have been a number of cases brought by his [Relator's] organizations that have gone forward that have either allowed the Government to intervene and obtain a verdict or maybe a decline case where he's able to get a settlement." *Id.* at 63:2-5.

4.     **Exhibit 3** hereto is a true and correct copy of the publicly available 2014 ProPublica reports for Brilinta, Bydureon, and Symbicort referenced in Paragraphs 81, 83, and 85 of Relators' Complaint (Dkt. # 1). I provided a copy of these reports to the Government as an exhibit to Relators' Preliminary Disclosure packet. The Complaint asserts that in just the two-year period between 2014 and 2015, spending from Medicare Part D for these three drugs totaled nearly $2.5 billion. *Id.* ¶¶ 81, 83, 85. The ProPublica reports also reflect that:

    A.   In the three years from the time AstraZeneca launched its nurse educator programs in approximately 2012 to 2015, Medicare Part D spending increased

        (a)  nearly sixteen-fold from $8.08 million to $129 million for Brilinta;

        (b)  nearly sevenfold from $13 million to $83 million for Bydureon; and

        (c)  over twofold from $500 million to $1.2 billion for Symbicort.

    B.   Between 2012 and 2015, spending from Medicare Part D for these three drugs totaled nearly $3.8 billion with

SUPP. DECL. OF TANA LIN IN SUPP. OF RELATORS' RESP. TO
UNITED STATES' MOT. TO DISMISS RELATORS' COMPL.
(2:17-cv-01328-RSL) - 3

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel.: (206) 623-1900
Fax: (206) 623-3384

(a) $250.3 million spent on Brilinta;

(b) $251.1 million spent on Bydureon; and

(c) $3.3 billion spent on Symbicort.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of September 2019, in Seattle, Washington.

*s/ Tana Lin*
Tana Lin

SUPP. DECL. OF TANA LIN IN SUPP. OF RELATORS' RESP. TO
UNITED STATES' MOT. TO DISMISS RELATORS' COMPL.
(2:17-cv-01328-RSL) - 4

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel.: (206) 623-1900
Fax: (206) 623-3384

# Exhibit 1

# Transcript Excerpt(s)

1                    UNITED STATES OF AMERICA
               SOUTHERN DISTRICT OF ILLINOIS

2

3 UNITED STATES OF AMERICA, et al.  )
  ex rel. CIMZNHCA, LLC,         )

4                               )
               Plaintiff,   )

5 v.                        ) No. 3:17-cv-00765-SMY
                        )

6 UCB, INC.; RXC ACQUISITION COMPANY ) EAST ST. LOUIS, IL
  d/b/a RX CROSSROADS; OMNICARE, INC.)

7 and CVS HEALTH CORPORATION,     )
                              )

8                Defendants.   )

9

10

11                *AMENDED* TRANSCRIPT
              OF MOTION HEARING

12

       BEFORE THE HONORABLE STACI M. YANDLE

13          UNITED STATES DISTRICT JUDGE

14                March 29, 2019

15

16

17

18

19

20

21 REPORTED BY:       Christine Dohack LaBuwi, RDR, RMR
                   Official Court Reporter

22                    301 West Main Street
                   Benton, Illinois  62812

23                    (618) 439-7725
                   Christine_Dohack@ilsd.uscourts.gov

24

  Proceedings recorded by mechanical stenography, produced

25 by computer-aided transcription.

```
 1    APPEARANCES:

 2    FOR PLAINTIFF USA:
                          Nathan D. Stump, Esq.
 3                        OFFICE OF THE U.S. ATTORNEY
                          9 Executive Drive, Suite 300
 4                        Fairview Heights, IL  62208
                          (618) 628-3700
 5                        Nathan.Stump@usdoj.gov
                          Also Present:  Donna Gerdes, Paralegal
 6
                          Richard D. Burke, Esq.
 7                        QUANTUM LEGAL, LLC
                          1010 Market Street, Suite 1310
 8                        St. Louis, MO  63101
                          (314) 433-4500
 9                        richard@qulegal.com

10                        Albert Pilavin Mayer, Esq.
                          US-DOJ - WASHINGTON, DC - BOX 261
11                        P.O. Box 261
                          Ben Franklin Station
12                        Washington, DC  20044
                          (202) 353-1291
13                        albert.p.mayer@usdoj.gov

14
      FOR PLAINTIFF CIMZNHCA, LLC:
15
                          C. Lance Gould, Esq.
16                        Leslie L. Pescia, Esq.
                          BEASLEY ALLEN LAW FIRM
17                        218 Commerce Street
                          Montgomery, AL  36104
18                        (334) 269-2343
                          lance.gould@beasleyallen.com
19                        leslie.pescia@beasleyallen.com

20                        Also present:  John Mininno

21
      FOR DEFENDANT UCB, INC.:
22
                          W. Jason Rankin, Esq.
23                        HEPLER BROOM, LLC
                          130 N. Main Street
24                        Edwardsville, IL  62025-0510
                          (618) 307-1138
25                        wjr@heplerbroom.com
```

FOR DEFENDANT RXC ACQUISITION COMPANY:

                    Neil G. Nandi, Esq.
                    SIDLEY AUSTIN LLP
                    One South Dearborn Street
                    Chicago, IL  60603
                    (312) 853-7000
                    nnandi@sidley.com


FOR DEFENDANT OMNICARE, INC.:

                    Julie Fix Meyer, Esq.
                    Sarah E. Harmon, Esq.
                    ARMSTRONG TEASDALE LLP
                    7700 Forsyth Blvd., Suite 1800
                    St. Louis, MO  63105-1810
                    (314) 621-5070
                    jfixmeyer@armstrongteasdale.com
                    sharmon@armstrongteasdale.com

1    THE COURT:  My question is:  What did you do?

2    That's a simple question.  What did the Government do?

3    MR. STUMP:  Okay, Your Honor.  We analyzed the

4    allegations in the Complaint, considering that they allege

5    false claims involving hundreds of thousands of

6    prescriptions of one drug by physicians and providers all

7    across the nation.  So, we considered that.  We considered

8    the guidance that would have to be --

9    THE COURT:  Mr. Stump, you're telling me -- we've

10   already talked about that.  I'm asking you specifically as

11   it relates to a cost-benefit analysis.  I know you know

12   what that means.  That means, what did the Government do

13   to investigate, as part of their investigation, to

14   determine or assess what the potential proceeds would be

15   in this case from successful litigation versus the costs

16   of obtaining that?  What did you do?

17   MR. STUMP:  We reviewed the allegations in the

18   Complaint and all the disclosure materials.

19   THE COURT:  Okay.  Let me ask a different

20   question:  Mr. Stump, what was the Government's assessment

21   of the costs associated with these claims moving forward?

22   MR. STUMP:  You mean, what was the number?

23   THE COURT:  Yeah.  What did you determine --

24   MR. STUMP:  I do not have a number for you, Your

25   Honor.  I do not have a number --

```
 1              THE COURT:  Did the Government come up with a
 2    number?
 3              MR. STUMP:  I did not -- I, personally, did not
 4    come up with a number.
 5              THE COURT:  Do you know if anybody in the
 6    Government came up with a number or a range?
 7              MR. STUMP:  I do not know the answer to that
 8    question as it pertains to this specific case.
 9              THE COURT:  Thank you.
10              MR. STUMP:  My understanding is --
11              THE COURT:  No.  No.  That was my question.  As it
12    pertains to this specific case, did the Government as part
13    of its investigation come up with a range in terms of, if
14    in fact these allegations were supported and were proven,
15    what the potential proceeds that would ultimately flow to
16    the Government.  In other words, again, what was the value
17    -- the potential value of the claims in these cases -- in
18    this case.
19              MR. STUMP:  Your Honor, I believe -- I believe
20    that was done but I don't have that number to tell you.
21              THE COURT:  You believe it was done by whom?
22              MR. STUMP:  That would be done by the Department
23    of Justice in Washington, DC, because this case is a
24    companion case.
25              THE COURT:  No.  No.  I'm talking about this case.
```

```
 1    the parties prepare discovery orders even before the

 2    motion to dismiss has been ruled upon.  So, as this

 3    litigation is ongoing, there have been discovery orders

 4    that were proposed by NHCA Group in the Eastern District

 5    of Texas that allow for up to 350 hours of deposition

 6    testimony from Government witnesses in each case.  So,

 7    it's -- there are two cases filed there, so it's a total

 8    of 700 hours of deposition testimony that they're

 9    expecting to take from Government witnesses.

10         THE COURT:  Let me ask you this, Mr. Stump:  Is

11    this the only FCA case where the Government had to produce

12    witnesses that would give that level of testimony?

13         MR. STUMP:  Certainly not.

14         THE COURT:  FCA cases by their nature are complex

15    and expansive.

16         MR. STUMP:  They can be.

17         THE COURT:  Yeah.

18         MR. STUMP:  Not necessarily all as expansive as

19    this one.  They don't all involve nationwide claims.  They

20    don't all involve every prescription written for every

21    particular drug --

22         THE COURT:  So, we can cut this off fairly

23    quickly, and not just that it's -- I'm being dismissive of

24    it, but I have specific questions and I think -- and I

25    know you are trying to answer them.  I also think you're
```

1     trying to characterize them, and that's fine.  But the

2     question -- but my specific question, and I think you have

3     answered it, and let's just see if I can -- if we can cut

4     to the chase and we can move on.  The Government's

5     investigation was more, for the most part, a collective

6     investigation of all 11 cases that this Relator has filed.

7     And in terms of the specific investigation that the

8     Government conducted in this case as it relates to a

9     cost-benefit analysis, in other words, an assessment as to

10    what this case would cost the Government versus what the

11    potential recovery would be in this case, there was no

12    specific analysis done on that basis.

13              MR. STUMP:  I think that's correct, Your Honor.

14              THE COURT:  Okay.  Then you have answered my

15    question.

16              MR. STUMP:  I --

17              THE COURT:  You have answered my question.

18              The other question I have on this is:  In terms of

19    the Government's position that they would be, as part of

20    that cost in terms of finances and resources, that the

21    Government would be required to respond to substantial

22    discovery in this case if it were to move forward, you

23    mentioned that the Government would be required, for

24    instance, to produce Government witnesses for deposition.

25              Now, based on the allegations of this case, where

```
 1   a case we felt like we needed to take on.
 2          THE COURT:  And it's fair to say, it's not one
 3   that you would not take on if the potential for recovery
 4   were substantial for the Government.
 5          MR. STUMP:  Not just in terms of -- yes, not just
 6   in terms of dollar amounts, but also in terms of the
 7   likelihood of success --
 8          THE COURT:  And you don't -- but you have no idea,
 9   you have not assessed the potential dollar amount in this
10   case.  In this case.
11          MR. STUMP:  And that's exactly my point, Your
12   Honor, is that --
13          THE COURT:  Answer my question, Mr. Stump, because
14   this is about my point now.  We -- you know, because I'm
15   going to wrap this up.  I'm asking you, specifically, the
16   Government has not assessed the potential recovery value
17   of the claims in this specific case --
18          MR. STUMP:  We didn't --
19          THE COURT:  -- is that correct?
20          MR. STUMP:  We did not calculate a number.
21          THE COURT:  Thank you.
22          MR. STUMP:  But I can look at --
23          THE COURT:  Mr. Stump --
24          MR. STUMP:  -- the number of claims --
25          THE COURT:  Mr. Stump, we're not -- you and I are
```

# EXHIBIT 2

# Transcript Excerpt(s)

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                FOR THE EASTERN DISTRICT OF TEXAS

 3                       TEXARKANA DIVISION

 4

 5   UNITED STATES OF AMERICA,   )(

 6   ET AL                       )(  CIVIL DOCKET NO.

 7                               )(  5:17-CV-123-RWS-CMC

 8   VS.                         )(  TEXARKANA, TEXAS

 9                               )(

10   ELI LILLY & COMPANY, INC.,  )(

11   ET AL                       )(  APRIL 24, 2019

12

13

14                       MOTIONS HEARING

15           BEFORE THE HONORABLE CAROLINE CRAVEN

16             UNITED STATES MAGISTRATE JUDGE

17

18   APPEARANCES:

19   FOR THE PLAINTIFF:  (See sign-in sheets docketed in
                          minutes of this hearing.)
20

21   FOR THE DEFENDANT:  (See sign-in sheets docketed in
                          minutes of this hearing.)
22

23   COURT REPORTER:  Ms. Tammy L. Goolsby, CSR

24   Proceedings taken by Machine Stenotype; transcript was
     produced by a Computer
25
```

```
 1                        I N D E X

 2

 3     APRIL 24, 2019:

 4                                                  PAGE

 5     Appearances                                    1

 6     Hearing                                        3

 7     Court Reporter's Certificate                  74

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

 1     based on one person from their law firm in the meeting that

 2     we just didn't understand.  No, that's not the answer.  It

 3     just goes to show that there was considered decision making

 4     based on consultation with the relator, internal policy

 5     discussions with our client agency, and review of the

 6     documents.

 7              The -- the Government and the attorneys

 8     involved in this, this is what they do.  We have a particular

 9     expertise in this, and simply because a question was asked

10     doesn't mean we didn't understand.  No different than if a

11     Court asks a question during argument.  It doesn't mean you

12     don't understand a substantive area of law.  You have a

13     reason to ask that question, just like the attorneys ask

14     questions for purposes in those meetings.

15              And I want to touch a bit on the animus issue,

16     Your Honor, because this isn't clear in the briefing, and

17     there's a lot of citation to the Southern District of

18     Illinois that somehow the Government's decision here is just

19     animus.  I think that we now have a hate relationship with

20     Mr. Mininno or something to that effect.

21              That's not true, Your Honor.  Frankly I -- I

22     love whistleblowers.  If I didn't have whistleblowers, I

23     wouldn't have a job.  They keep me employed.  They keep me in

24     cases, and we applaud Mr. Mininno for bringing cases, and we

25     hope he continues to bring cases.

```
 1              As they mentioned and as we made clear on the

 2     papers, there have been a number of cases brought by his

 3     organizations that have gone forward that have either allowed

 4     the Government to intervene and obtain a verdict or maybe a

 5     decline case where he's able to get a settlement.

 6              And that goes to show we're not -- it's

 7     nothing against Mr. Mininno.  This is not a referendum on

 8     corporate relators or on his investigation methods.  It

 9     simply shows that these are not the right cases, that we have

10     evaluated these cases and determined they shouldn't go

11     forward.

12              And we hope he continues to do investigations.

13     We hope he continues to look for cases and files cases, but,

14     Your Honor, they have to be the right cases, and every case

15     that -- whether it's Mr. Mininno or an insider from a home

16     health agency or somebody from a pharmaceutical company comes

17     in, the Government is going to go through the same process.

18              We're going to evaluate the evidence they

19     bring in.  We're going to consult with the experts on this

20     and determine whether it is a case that should go forward,

21     and if it's not -- if it's not the right case, then we're

22     going to be in the same position we are today.  It doesn't

23     mean there's animus.

24              There's some discussion of law of the case.  I

25     think -- you know, I would like to touch on that just a
```

EXHIBIT 3



See more at *VITAL SIGNS*                                          DONATE

## Prescriber Checkup

The Doctors and Drugs in Medicare Part D

Prescriber Checkup » BRILINTA

# BRILINTA
*TICAGRELOR*

Used along with aspirin to prevent serious or life-threatening problems with the heart and blood vessels in people who have had a heart attack or severe chest pain.

*Source:* *National Library of Medicine*

### Search for a Prescriber, City or Zip Code



| | All States ▾ | Search |

For example: Mark Smith, Chicago, 11216

Read our Guide    |    About This Data    |    Related Story »

---

## At a Glance: This Drug in 2014

| 249K | $75.1M | 58,858 | 35,041 |
|---|---|---|---|
| Medicare Part D Claims | Retail Cost | Patients | Prescribers |
| Rank: 481 of 3362 | Rank: 303 of 3362 | Rank: 509 of 3362 | Rank: 477 of 3362 |

---

## This Drug's History

**Claims**
The number of Medicare prescriptions for this drug each year

| 539 | 30.8K | 136K | 249K | 377K |
|---|---|---|---|---|
| 2011 | 2012 | 2013 | 2014 | 2015 |

**Spending**
The total Part D spending on this drug each year

| $139K | $8.08M | $38.1M | $75.1M | $129M |
|---|---|---|---|---|
| 2011 | 2012 | 2013 | 2014 | 2015 |

**Average Patient Cost**
Average amount that patients without a low-income subsidy paid each year.

| $115 | $254 | $239 | $257 | $290 |
|---|---|---|---|---|
| 2011 | 2012 | 2013 | 2014 | 2015 |

Note: While the rest of this page displays data from 2014, the charts above display data through 2015, from a special release by the Centers for Medicare and Medicaid Services.

---

## Use by state

| State | Patients | Claims | Cost |
|---|---|---|---|
| Florida | 6,086 | 23,849 | $7.31M |
| New York | 4,526 | 19,415 | $6.18M |
| Texas | 4,650 | 19,087 | $5.7M |
| California | 4,302 | 18,600 | $5.51M |
| Pennsylvania | 2,907 | 11,966 | $3.64M |
| New Jersey | 2,878 | 11,294 | $3.82M |
| Ohio | 2,740 | 11,010 | $3.41M |

## Top prescribers for BRILINTA

1 | 2 | 3 | 4 | 5 | ... | Next › | Last »

| Provider | Medicare Claims | City | State |
|---|---|---|---|
| JAMES LIU M.D.<br>Cardiovascular Disease | 399 | SAN GABRIEL | California |
| HENRY YEE MD<br>Cardiovascular Disease | 332 | ALHAMBRA | California |

| State | Patients | Claims | Cost |
|---|---|---|---|
| North Carolina | 2,502 | 10,951 | $3.08M |
| Illinois | 2,248 | 9,372 | $2.93M |
| Georgia | 2,216 | 9,359 | $2.65M |
| Michigan | 2,469 | 8,652 | $2.91M |
| Tennessee | 1,846 | 7,530 | $2.22M |
| Missouri | 1,499 | 6,196 | $1.74M |
| Indiana | 1,392 | 5,716 | $1.69M |
| Kentucky | 1,367 | 5,711 | $1.62M |
| Alabama | 1,316 | 5,511 | $1.54M |
| Louisiana | 1,154 | 5,230 | $1.41M |
| Virginia | 1,173 | 4,848 | $1.44M |
| Arizona | 1,308 | 4,715 | $1.5M |
| South Carolina | 1,082 | 4,539 | $1.27M |
| Arkansas | 890 | 3,974 | $1.07M |
| Wisconsin | 845 | 3,687 | $1.1M |
| Oklahoma | 803 | 3,248 | $925K |
| Mississippi | 767 | 3,118 | $821K |
| West Virginia | 645 | 3,045 | $878K |
| Connecticut | 582 | 2,378 | $756K |
| Iowa | 536 | 2,132 | $585K |
| Kansas | 511 | 2,116 | $566K |
| Massachusetts | 548 | 2,055 | $670K |
| Minnesota | 472 | 1,888 | $593K |
| Maryland | 516 | 1,756 | $605K |
| Nevada | 493 | 1,640 | $521K |
| Colorado | 413 | 1,411 | $459K |
| Washington | 412 | 1,336 | $414K |
| Nebraska | 270 | 1,156 | $303K |
| Delaware | 289 | 1,050 | $379K |
| Utah | 256 | 961 | $283K |
| Oregon | 267 | 951 | $283K |
| North Dakota | 207 | 786 | $232K |
| South Dakota | 162 | 717 | $204K |
| New Hampshire | 173 | 686 | $198K |
| New Mexico | 199 | 683 | $219K |
| Hawaii | 156 | 582 | $184K |
| Montana | 101 | 454 | $128K |
| District of Columbia | 138 | 426 | $111K |

| Provider | Medicare Claims | City | State |
|---|---|---|---|
| YILI HUANG D.O<br>Cardiovascular Disease | 305 | NEW YORK | New York |
| WILLIAM HEATON MD<br>Cardiovascular Disease | 296 | FLORENCE | Alabama |
| ALAND FERNANDEZ MD<br>Interventional Cardiology | 293 | CLEARWATER | Florida |
| AVICHAI ERES MD FACC FSCAI FSVM<br>Interventional Cardiology | 279 | LEXINGTON | Kentucky |
| ELISCER GUZMAN MD<br>Cardiovascular Disease | 261 | NEW YORK | New York |
| ROBERTO SOLIS M.D.<br>Cardiovascular Disease | 247 | LUBBOCK | Texas |
| ARJUMAND HASHMI M.D.<br>Cardiovascular Disease | 246 | PARIS | Texas |
| JAPHET JOSEPH M.D.<br>Cardiovascular Disease | 223 | BAY CITY | Michigan |
| JEFFREY CARR MD<br>Interventional Cardiology | 222 | TYLER | Texas |
| ERNESTO RIVERA M.D.<br>Cardiovascular Disease | 220 | AMARILLO | Texas |
| ERIC CARLSON M.D.<br>Interventional Cardiology | 215 | GREENVILLE | North Carolina |
| ROHIT AMIN MD<br>Cardiovascular Disease | 212 | PENSACOLA | Florida |
| DON LEE M.D.<br>Interventional Cardiology | 206 | GLENDALE | California |
| NASSER TEHRANI MD<br>Interventional Cardiology | 205 | PERRY | Georgia |
| MARY BLADE ARNP<br>Nurse Practitioner | 190 | JACKSONVILLE | Florida |
| HENRY LUI M.D.<br>Interventional Cardiology | 189 | JACKSON | Tennessee |
| DANIEL LEE MD<br>Interventional Cardiology | 189 | SAGINAW | Michigan |
| YONG LIANG M.D.<br>Family Medicine | 188 | LOS ANGELES | California |
| JODI BATES ANP-C,FNP | | ELMIRA | New York |

| State | Patients | Claims | Cost |
|-------|----------|--------|------|
| Maine | 102 | 373 | $124K |
| Rhode Island | 79 | 354 | $96K |
| Vermont | 90 | 326 | $106K |
| Idaho | 85 | 297 | $85.1K |
| Wyoming | 52 | 158 | $48.2K |
| Alaska | 33 | 109 | $34.4K |

| Provider | Medicare Claims | City | State |
|----------|-----------------|------|-------|
| Nurse Practitioner, Family | 188 | | |
| DONALD VOELKER MD<br>Interventional Cardiology | 181 | EL DORADO | Arkansas |
| SINGH BOUN MD<br>Family Medicine | 181 | MONTEREY PARK | California |
| GARY OLSON M.D.<br>Cardiovascular Disease | 179 | DALTON | Georgia |
| ILDEFONSO MAS MD<br>Cardiovascular Disease | 176 | MIAMI | Florida |

**About This Data**

Prescribing data from Medicare's prescription drug benefit, known as Part D, was compiled and released by the Centers for Medicare and Medicaid Services, the federal agency that oversees the program. The data for 2014 includes more than 1.4 billion prescriptions written by more than 1.3 million doctors, nurses and other providers. This database lists about 428,000 of those providers who wrote 50 or more prescriptions for at least one drug that year. Almost three-fourths of these prescriptions went to patients 65 and older; the rest were for disabled patients. Methodology »

**Incorrect Info?**

If you are a provider and you believe your address is incorrect, check the listing you created on the National Provider Identifier registry. If you change your listing, send a note to checkup@propublica.org and we will update your information. If you have other questions about this data, send a note to checkup@propublica.org.

ProPublica

© Copyright
Pro Publica Inc.

Case 2:17-cv-01328-RSL    Document 52-1    Filed 09/30/19    Page 23 of 28



See more at *VITAL SIGNS*
DONATE

## Prescriber Checkup
The Doctors and Drugs in Medicare Part D

Prescriber Checkup » BYDUREON

# BYDUREON
*EXENATIDE MICROSPHERES*

Byetta (Exenatide) is a medication for diabetes. It stimulates your body to produce and release more insulin, lower the sugar hormone (glucagon), and slow down digestion. *Source: Iodine* \*

\* *This description is for related drug Byetta*

### Search for a Prescriber, City or Zip Code



|  | All States ▾ | Search |

For example: Mark Smith, Chicago, 11216

Read our Guide    |    About This Data    |    Related Story »

---

## At a Glance: This Drug in 2014

| **180K** | **$98.6M** | **37,772** | **20,486** |
|---|---|---|---|
| Medicare Part D Claims | Retail Cost | Patients | Prescribers |
| Rank: 554 of 3362 | Rank: 241 of 3362 | Rank: 606 of 3362 | Rank: 611 of 3362 |

---

More info on related drug **Byetta »**

**100%** of people say **IT'S WORTH IT**

**100%** of people say **IT WORKED WELL**

**Alternatives:**
Bydureon, Insulin, Pramlintide

Information courtesy of

---

## This Drug's History

| **Claims** | **Spending** | **Average Patient Cost** |
|---|---|---|
| The number of Medicare prescriptions for this drug each year | The total Part D spending on this drug each year | Average amount that patients without a low-income subsidy paid each year. |

Claims:
180K
120K    130K
N/A                    32.2K
2011    2012    2013    2014    2015

Spending:
$98.7M    $83M
$56.4M
N/A    $13M
2011    2012    2013    2014    2015

Average Patient Cost:
$436    $452
$322    $386
N/A
2011    2012    2013    2014    2015

Note: While the rest of this page displays data from 2014, the charts above display data through 2015, from a special release by the Centers for Medicare and Medicaid Services.

---

## Use by state

| State | Patients | Claims | Cost |
|---|---|---|---|
| 🔧 California | 3,569 | 18,212 | $9.58M |
| ✈ New York | 3,055 | 15,034 | $8.55M |
| ♣ Texas | 3,281 | 14,185 | $7.75M |

## Top prescribers for BYDUREON



1  2  3  4  5  ...  Next ›  Last »

| Provider | Medicare Claims | City | State |
|---|---|---|---|

Case 2:17-cv-01328-RSL    Document 52-1    Filed 09/30/19    Page 24 of 28

| State | Patients | Claims | Cost |
|---|---|---|---|
| Florida | 2,773 | 11,886 | $6.72M |
| Ohio | 2,138 | 10,110 | $5.92M |
| Pennsylvania | 1,620 | 7,967 | $4.41M |
| Michigan | 1,803 | 7,799 | $5.09M |
| North Carolina | 1,374 | 6,653 | $3.34M |
| Tennessee | 1,471 | 6,628 | $3.48M |
| Indiana | 1,313 | 6,166 | $3.38M |
| Missouri | 1,008 | 5,243 | $2.71M |
| New Jersey | 1,149 | 5,214 | $3.18M |
| Kentucky | 1,090 | 4,882 | $2.67M |
| Georgia | 1,002 | 4,769 | $2.44M |
| Illinois | 993 | 4,609 | $2.58M |
| Louisiana | 790 | 3,779 | $1.87M |
| Alabama | 797 | 3,581 | $1.81M |
| South Carolina | 745 | 3,468 | $1.81M |
| Arizona | 632 | 2,749 | $1.58M |
| Minnesota | 507 | 2,671 | $1.46M |
| Virginia | 554 | 2,520 | $1.4M |
| Massachusetts | 469 | 2,370 | $1.28M |
| Oregon | 382 | 2,143 | $1.09M |
| Washington | 385 | 1,833 | $1.01M |
| Wisconsin | 335 | 1,802 | $922K |
| Maryland | 421 | 1,772 | $1.14M |
| West Virginia | 397 | 1,676 | $923K |
| Oklahoma | 385 | 1,672 | $917K |
| Iowa | 303 | 1,632 | $810K |
| Kansas | 318 | 1,609 | $814K |
| Colorado | 277 | 1,253 | $753K |
| Mississippi | 272 | 1,224 | $593K |
| Nevada | 273 | 1,214 | $730K |
| Nebraska | 216 | 1,125 | $544K |
| New Mexico | 210 | 1,103 | $586K |
| Connecticut | 235 | 1,088 | $617K |
| Arkansas | 221 | 933 | $475K |
| Hawaii | 158 | 889 | $468K |
| Utah | 195 | 865 | $449K |
| Idaho | 173 | 861 | $446K |
| Maine | 162 | 790 | $436K |

| Provider | Medicare Claims | City | State |
|---|---|---|---|
| SANDEEP SODHI MD<br>Endocrinology, Diabetes Metabolism | 638 | RIVERSIDE | California |
| IRINA URUSOVA MD<br>Endocrinology, Diabetes Metabolism | 547 | LOS ANGELES | California |
| THOMAS SARGERO MD<br>Internal Medicine | 358 | HAMILTON | Ohio |
| MATIN SHARAFATKHAH M.D<br>Endocrinology, Diabetes Metabolism | 349 | BROOKLYN | New York |
| JAMES CHAPPELL MD<br>Specialist | 299 | DENVER | Colorado |
| MARCELO BENDIX MD<br>Endocrinology, Diabetes Metabolism | 272 | MIAMI | Florida |
| ARMINE NAZARYAN M.D.<br>Family Medicine | 258 | GLENDALE | California |
| ELENA CHRISTOFIDES MD, FACE<br>Endocrinology, Diabetes Metabolism | 250 | COLUMBUS | Ohio |
| JOHN FRITZ DO<br>Family Medicine | 237 | JERSEY CITY | New Jersey |
| JONATHAN WISE MD<br>Endocrinology, Diabetes Metabolism | 237 | METAIRIE | Louisiana |
| FIRAS AKHRASS MD<br>Endocrinology, Diabetes Metabolism | 236 | SAN ANTONIO | Texas |
| SHELDON NASSBERG M.D., F.A.C.E.<br>Endocrinology, Diabetes Metabolism | 233 | FORT LAUDERDALE | Florida |
| JASLEEN DUGGAL M.D.<br>Specialist | 215 | BAKERSFIELD | California |
| VICTOR PERKEL M.D.<br>Endocrinology, Diabetes Metabolism | 210 | REDLANDS | California |
| SHAHED QUYYUMI MD<br>Endocrinology, Diabetes Metabolism | 206 | STATEN ISLAND | New York |
|  | 201 | FOREST HILLS | New York |

| State | Patients | Claims | Cost |
|---|---|---|---|
| Montana | 129 | 582 | $318K |
| South Dakota | 106 | 556 | $264K |
| North Dakota | 73 | 441 | $210K |
| New Hampshire | 95 | 396 | $224K |
| Delaware | 95 | 320 | $233K |
| Wyoming | 56 | 268 | $130K |
| Rhode Island | 37 | 211 | $96.9K |
| Alaska | 28 | 133 | $66.4K |
| District of Columbia | 25 | 105 | $64.5K |
| Vermont | | 33 | $20.3K |

| Provider | Medicare Claims | City | State |
|---|---|---|---|
| STELLA ILYAYEVA PHYSICIAN, P.C.<br>Endocrinology, Diabetes Metabolism | | | |
| GERALDO SAAVEDRA M.D.<br>Endocrinology, Diabetes Metabolism | 200 | WHITEHALL | Pennsylvania |
| SAMUEL ROMERO-RAMOS M.D.<br>Internal Medicine | 197 | EL PASO | Texas |
| KAVEH EHSANIPOOR MD<br>Endocrinology, Diabetes Metabolism | 196 | SAVANNAH | Georgia |
| HERNAN BAQUERIZO M.D.<br>Endocrinology, Diabetes Metabolism | 193 | MIAMI | Florida |
| ROBERT BUSCH M.D.<br>Endocrinology, Diabetes Metabolism | 191 | ALBANY | New York |
| ISAIAH PITTMAN MD<br>Endocrinology, Diabetes Metabolism | 189 | TERRE HAUTE | Indiana |
| MICHAEL LAI MD<br>Endocrinology, Diabetes Metabolism | 187 | SANTA MARIA | California |
| LUIS QUINTERO MD<br>Specialist | 180 | CORAL GABLES | Florida |
| LAN NGUYEN MD<br>Endocrinology, Diabetes Metabolism | 177 | WESTMINSTER | California |

**About This Data**

Prescribing data from Medicare's prescription drug benefit, known as Part D, was compiled and released by the Centers for Medicare and Medicaid Services, the federal agency that oversees the program. The data for 2014 includes more than 1.4 billion prescriptions written by more than 1.3 million doctors, nurses and other providers. This database lists about 428,000 of those providers who wrote 50 or more prescriptions for at least one drug that year. Almost three-fourths of these prescriptions went to patients 65 and older; the rest were for disabled patients. Methodology »

**Incorrect Info?**

If you are a provider and you believe your address is incorrect, check the listing you created on the National Provider Identifier registry. If you change your listing, send a note to checkup@propublica.org and we will update your information. If you have other questions about this data, send a note to checkup@propublica.org.

ProPublica

© Copyright
Pro Publica Inc.



See more at *VITAL SIGNS*

DONATE

## Prescriber Checkup

The Doctors and Drugs in Medicare Part D

Prescriber Checkup » SYMBICORT

# SYMBICORT

*BUDESONIDE/FORMOTEROL FUMARATE*

Symbicort (Budesonide / Formoterol) is a combination medicine. Budesonide (a corticosteroid) lowers lung inflammation to control asthma and COPD. Formoterol (a bronchodilator) relaxes muscles in your lungs to open airways and make breathing easier. *Source: Iodine*

### Search for a Prescriber, City or Zip Code



For example: Mark Smith, Chicago, 11216

Read our Guide    |    About This Data    |    Related Story »

---

## At a Glance: This Drug in 2014

| **3.15M** | **$942M** | **826,585** | **206,846** |
|:---:|:---:|:---:|:---:|
| Medicare Part D Claims | Retail Cost | Patients | Prescribers |
| **Rank: 101 of 3362** | **Rank: 22 of 3362** | **Rank: 104 of 3362** | **Rank: 104 of 3362** |

---

More info on **SYMBICORT »**

**57%** of people say **IT'S WORTH IT**

**38%** of people say **IT WORKED WELL**

**14%** of people say **IT'S A HUGE HASSLE**

Information courtesy of

**Alternatives:**
Advair, Atrovent, Combivent, Daliresp, Dulera, Spiriva, Theolair, Theo-24

---

## This Drug's History

| **Claims** | **Spending** | **Average Patient Cost** |
|:---:|:---:|:---:|
| The number of Medicare prescriptions for this drug each year | The total Part D spending on this drug each year | Average amount that patients without a low-income subsidy paid each year. |



**Claims**
1.59M (2011), 1.98M (2012), 2.46M (2013), 3.15M (2014), 3.69M (2015)

**Spending**
$367M (2011), $500M (2012), $684M (2013), $942M (2014), $1.2B (2015)

**Average Patient Cost**
$183 (2011), $203 (2012), $204 (2013), $219 (2014), $238 (2015)

Note: While the rest of this page displays data from 2014, the charts above display data through 2015, from a special release by the Centers for Medicare and Medicaid Services.

---

## Use by state

| State | Patients | Claims | Cost |
|---|---|---|---|
| Florida | 73,726 | 271,022 | $80.6M |
| New York | 61,761 | 238,263 | $70.7M |
| California | 60,668 | 223,657 | $64.9M |

## Top prescribers for SYMBICORT

1 2 3 4 5 ... Next › Last »

| Provider | Medicare Claims | City | State |
|---|---|---|---|

| State | Patients | Claims | Cost |
|---|---|---|---|
| Texas | 60,029 | 196,282 | $60.9M |
| Ohio | 42,166 | 158,310 | $48.9M |
| Illinois | 36,311 | 136,310 | $41.3M |
| Pennsylvania | 35,219 | 133,642 | $39.7M |
| North Carolina | 33,454 | 131,561 | $37.5M |
| Michigan | 34,266 | 122,863 | $40.1M |
| Missouri | 24,933 | 99,268 | $28.5M |
| Georgia | 24,256 | 89,968 | $25.7M |
| Tennessee | 24,184 | 89,520 | $26.5M |
| Kentucky | 23,613 | 89,036 | $26M |
| Indiana | 20,529 | 74,971 | $23.6M |
| New Jersey | 20,943 | 74,082 | $22.9M |
| Massachusetts | 17,464 | 69,809 | $21M |
| Virginia | 18,049 | 66,654 | $20.1M |
| South Carolina | 17,494 | 64,915 | $19.3M |
| Wisconsin | 13,654 | 53,576 | $16.1M |
| Alabama | 13,308 | 49,212 | $14.5M |
| Arizona | 13,476 | 46,884 | $14.8M |
| Minnesota | 10,032 | 40,266 | $12.3M |
| Colorado | 10,475 | 39,319 | $12M |
| Oklahoma | 10,317 | 39,256 | $11.6M |
| Arkansas | 9,607 | 39,247 | $11.1M |
| Louisiana | 10,622 | 38,567 | $11.1M |
| Connecticut | 9,949 | 36,837 | $11.3M |
| Mississippi | 9,540 | 35,688 | $9.91M |
| Maryland | 10,818 | 35,567 | $11.7M |
| Washington | 8,916 | 34,184 | $10.1M |
| Iowa | 7,984 | 34,019 | $9.52M |
| West Virginia | 8,849 | 34,000 | $9.93M |
| Kansas | 7,752 | 30,289 | $8.79M |
| Nevada | 7,131 | 26,180 | $8.03M |
| Nebraska | 6,364 | 24,916 | $7.1M |
| Oregon | 6,226 | 24,137 | $7.02M |
| New Mexico | 5,035 | 18,662 | $5.62M |
| Maine | 4,350 | 16,364 | $5.23M |
| Rhode Island | 2,984 | 12,871 | $3.6M |
| New Hampshire | 3,336 | 12,437 | $3.87M |
| Idaho | 2,930 | 11,409 | $3.36M |

| Provider | Medicare Claims | City | State |
|---|---|---|---|
| JORGE SANCHEZ-MASIQUES MD <br> Pulmonary Disease | 2,515 | MIAMI | Florida |
| JORGE CASTELLANOS M.D. <br> Specialist | 1,845 | HIALEAH | Florida |
| BORIS SAGALOVICH MD <br> Pulmonary Disease | 1,435 | BROOKLYN | New York |
| JEFFERY MCCARTNEY M.D. <br> Pulmonary Disease | 1,293 | JACKSON | Tennessee |
| HUAN LE M.D. <br> Pulmonary Disease | 1,168 | SAN DIEGO | California |
| ANDRES REDONDO MD <br> Pulmonary Disease | 1,113 | MIAMI | Florida |
| ERNESTO MEJIA MD <br> Pulmonary Disease | 1,083 | MORRISTOWN | Tennessee |
| KENNETH SHA M.D. <br> Pulmonary Disease | 880 | FLUSHING | New York |
| MARIO MAGCALAS MD <br> Pulmonary Disease | 856 | PEMBROKE PINES | Florida |
| FRANCIS LEE MD <br> Pulmonary Disease | 848 | BELPRE | Ohio |
| ROBERTO BERMUDEZ MD <br> Family Medicine | 798 | NARANJA | Florida |
| JUAN ACEVEDO-CRESPO M.D. <br> Pulmonary Disease | 791 | CORAL GABLES | Florida |
| MOHAMMAD-ALI EL-HARAKEH MD <br> Critical Care Medicine | 775 | PRESCOTT | Arizona |
| ABDULLAH ARSHAD MD <br> Internal Medicine | 769 | HAYTI | Missouri |
| VISHNU PATEL MD <br> Pulmonary Disease | 714 | PRINCETON | West Virginia |
| MICHAEL DIMEO MD <br> Pulmonary Disease | 712 | OAK RIDGE | Tennessee |
| ALI EL ATAT M.D. <br> Pulmonary Disease | 674 | BROOKLYN | New York |
| ZULFIQAR AHMED MD <br> Internal Medicine | 673 | GLENDALE | California |

| State | Patients | Claims | Cost |
|-------|---------:|-------:|------|
| Utah | 3,205 | 10,578 | $3.22M |
| Montana | 2,396 | 9,690 | $2.86M |
| North Dakota | 2,120 | 9,233 | $2.64M |
| Delaware | 2,708 | 8,934 | $3.24M |
| Hawaii | 2,497 | 8,688 | $2.65M |
| South Dakota | 1,838 | 7,470 | $2.16M |
| Vermont | 1,869 | 6,679 | $2.13M |
| Wyoming | 1,119 | 4,349 | $1.3M |
| District of Columbia | 1,000 | 3,257 | $960K |
| Alaska | 771 | 2,754 | $842K |

| Provider | Medicare Claims | City | State |
|----------|:---------------:|------|-------|
| JOSEPH GRIZZANTI DO | 661 | HAWTHORNE | New Jersey |
| THEODORE MCLEMORE M.D. PH.D<br>Critical Care Medicine | 658 | PARIS | Texas |
| JEFFREY HARRIS M.D.<br>Pulmonary Disease | 646 | SAINT LOUIS | Missouri |
| ARUN ADLAKHA M.D.<br>Pulmonary Disease | 646 | ROCK HILL | South Carolina |
| OLUSEGUN OSENI MD, FCCP<br>Pulmonary Disease | 635 | WEATHERFORD | Texas |
| FATEH AHMED MD<br>Pulmonary Disease | 628 | TOLEDO | Ohio |
| FERNANDO MARTINEZ CATINCHI M.D.<br>Specialist | 620 | HIALEAH | Florida |

**About This Data**

Prescribing data from Medicare's prescription drug benefit, known as Part D, was compiled and released by the Centers for Medicare and Medicaid Services, the federal agency that oversees the program. The data for 2014 includes more than 1.4 billion prescriptions written by more than 1.3 million doctors, nurses and other providers. This database lists about 428,000 of those providers who wrote 50 or more prescriptions for at least one drug that year. Almost three-fourths of these prescriptions went to patients 65 and older; the rest were for disabled patients.

Methodology »

**Incorrect Info?**

If you are a provider and you believe your address is incorrect, check the listing you created on the National Provider Identifier registry. If you change your listing, send a note to checkup@propublica.org and we will update your information. If you have other questions about this data, send a note to checkup@propublica.org.

ProPublica

© Copyright
Pro Publica Inc.